**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              :
                                    :
    JASON ALLEN HEPNER,             :      CHAPTER 13
                                    :
           Debtor                   :      BKRTCY. NO. 26-12002 pmm


**ORDER ON DEBTOR'S APPLICATION GRANTING ADDITIONAL TIME TO FILE
CHAPTER 13 SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS,
<u>CHAPTER 13 PLAN, AND ALL OTHER NECESSARY DOCUMENTS</u>**


IT IS **ORDERED** that the Debtor herein shall have until

June 1, 2026, to file the Chapter 13 Schedules and all other

remaining documents.


_____
**PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE**