

**JUST BORN**

| | |
|---|---|
| Employer Name: | Just Born, Inc. |
| Employer Phone: | 610-867-7568 |
| Employer Address: | 1300 Stefko Blvd. |
| | Bethlehem, PA 18017 |

| | |
|---|---|
| Employee Name: | Jason Herner |
| Employee #: | 301305 |
| Employee Address: | 551 Donna Drive |
| | Bath, PA 18014 |
| Department: | Maintenance- Prod |
| Job Title: | Mechanic A |
| Site: | Bethlehem Operations |

| | |
|---|---|
| Pay Date: | 5/7/2026 |
| Pay Period: | 4/27/2026 - 5/3/2026 |
| Deposit Advice #: | 257056987 |
| Pay Frequency: | Weekly |
| Pay Rate: | 36.0000 |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | Yes/$0.00 |
| Local Exemptions: | (Bethlehem) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

| | Current 4/27/2026 - 5/3/2026 | | | YTD As of 5/3/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 46.00 | | $1,902.00 | 803.20 | $34,668.54 |
| Regular | 40.00 | 36.7500 | $1,470.00 | 633.50 | $23,281.16 |
| Holiday | | | | 40.00 | $1,470.00 |
| Bonus | | | | | $2,529.91 |
| Overtime | | | | 32.00 | $1,763.10 |
| Double Time | 6.00 | 72.0000 | $432.00 | 57.70 | $4,154.40 |
| Persnl/PdSick | | | | 32.00 | $1,176.00 |
| Persnl/PdSickLY | | | | 8.00 | $294.00 |
| **Memo Information** | | | $99.97 | | $4,718.94 |
| 401K ER Match | | | $14.27 | | $260.08 |
| 401K 5 Cents/Hr | | | $2.00 | | $35.38 |
| Retiree Plus | | | $10.20 | | $180.41 |
| HSA ER Contrbn | | | | | $3,000.00 |
| 401K ER Contrib | | | $73.50 | | $1,243.07 |
| **Pre-Tax Deductions** | | | $114.50 | | $2,073.97 |
| Health PT | | | $57.44 | | $1,033.92 |
| 401K Matched | | | $57.06 | | $1,040.05 |
| **Taxes** | | | $547.49 | | $9,930.87 |
| Fed W/H | | | $320.67 | | $5,795.25 |
| FICA EE | | | $114.37 | | $2,085.35 |
| Fed MWT EE | | | $26.74 | | $487.70 |
| PA W/H | | | $56.63 | | $1,032.62 |
| PA UT EE | | | $1.33 | | $24.27 |
| BethCityW/H-N | | | $26.75 | | $487.68 |
| BethCityLST-N | | | $1.00 | | $18.00 |
| **Post-Tax Deductions** | | | $2.29 | | $223.22 |
| UnionSF | | | | | $4.00 |
| Union Dues | | | | | $178.00 |
| Vol Accident In | | | $2.29 | | $41.22 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,237.72 | | $22,440.48 |
| Direct Deposit | 031300012 | XXXXXX3241 | $1,237.72 | | |



* Jason's
PAY stubs
11/6/2025 - 5/7/2026

**dayforce**



| Employee Name: | Jason Pierce | Pay Date: | 4/30/2026 |
| Employee #: | 301305 | Pay Period: | 4/20/2026 - 4/26/2026 |
| Employee Address: | 551 Donna Drive | Deposit Advice #: | 253056380 |
| | Bath, PA 18014 | Pay Frequency: | Weekly |
| Department: | Maintenance- Prod | Pay Rate: | 36.0000 |
| Job Title: | Mechanic A | Federal Filing Status: | Single |
| Site: | Bethlehem Operations | Federal 2c/Extra Withholding: | Yes/$0.00 |
| | | Local Exemptions: | (Bethlehem) |

| Employer Name: | Just Born, Inc. |
| Employer Phone: | 610-867-7568 |
| Employer Address: | 1300 Stefko Blvd. |
| | Bethlehem, PA 18017 |

| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

| | Current 4/20/2026 - 4/26/2026 | | | YTD As of 4/26/2026 | |
| --- | --- | --- | --- | --- | --- |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 40.00 | | $1,470.00 | 757.20 | $32,766.54 |
| Regular | 32.00 | 36.7500 | $1,176.00 | 593.50 | $21,811.13 |
| Holiday | | | | 40.00 | $1,470.00 |
| Bonus | | | | | $2,529.91 |
| Overtime | | | | 32.00 | $1,763.10 |
| Double Time | | | | 51.70 | $3,722.40 |
| Persnl/PdSick | 8.00 | 36.7500 | $294.00 | 32.00 | $1,176.00 |
| Persnl/PdSickLY | | | | 8.00 | $294.00 |
| **Memo Information** | | | $82.03 | | $4,618.97 |
| 401K ER Match | | | $11.03 | | $245.81 |
| 401K 5 Cents/Hr | | | $2.00 | | $33.38 |
| Retiree Plus | | | $10.20 | | $170.21 |
| HSA ER Contrbn | | | | | $3,000.00 |
| 401K ER Contrib | | | $58.80 | | $1,169.57 |
| **Pre-Tax Deductions** | | | $101.54 | | $1,959.47 |
| Health PT | | | $57.44 | | $976.48 |
| 401K Matched | | | $44.10 | | $982.99 |
| **Taxes** | | | $394.04 | | $9,383.38 |
| Fed W/H | | | $220.10 | | $5,474.58 |
| FICA EE | | | $87.57 | | $1,970.98 |
| Fed MWT EE | | | $20.49 | | $460.96 |
| PA W/H | | | $43.37 | | $975.99 |
| PA UT EE | | | $1.03 | | $22.94 |
| BethCityW/H-N | | | $20.48 | | $460.93 |
| BethCityLST-N | | | $1.00 | | $17.00 |
| **Post-Tax Deductions** | | | $2.29 | | $220.93 |
| UnionSF | | | | | $4.00 |
| Union Dues | | | | | $178.00 |
| Vol Accident In | | | $2.29 | | $38.93 |

| | Routing # | Account # | Amount | | Amount |
| --- | --- | --- | --- | --- | --- |
| **Net Pay** | | | $972.13 | | $21,202.76 |
| Direct Deposit | 031300012 | XXXXXX3241 | $972.13 | | |

**dayforce**

# JUST BORN

| | |
|---|---|
| Employer Name: | Just Born, Inc. |
| Employer Phone: | 610-867-7568 |
| Employer Address: | 1300 Stefko Blvd. |
| | Bethlehem, PA 18017 |

| | |
|---|---|
| Employee Name: | Jason Hepner |
| Employee #: | 301305 |
| Employee Address: | 551 Donna Drive |
| | Bath, PA 18014 |
| Department: | Maintenance- Prod |
| Job Title: | Mechanic A |
| Site: | Bethlehem Operations |

| | |
|---|---|
| Pay Date: | 4/23/2026 |
| Pay Period: | 4/13/2026 - 4/19/2026 |
| Deposit Advice #: | 248959787 |
| Pay Frequency: | Weekly |
| Pay Rate: | 36.0000 |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | Yes/$0.00 |
| Local Exemptions: | (Bethlehem) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

| | Current 4/13/2026 - 4/19/2026 | | | YTD As of 4/19/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 46.00 | | $1,902.00 | 717.20 | $31,296.54 |
| Regular | 40.00 | 36.7500 | $1,470.00 | 561.50 | $20,635.13 |
| Holiday | | | | 40.00 | $1,470.00 |
| Bonus | | | | | $2,529.91 |
| Overtime | | | | 32.00 | $1,763.10 |
| Double Time | 6.00 | 72.0000 | $432.00 | 51.70 | $3,722.40 |
| Persnl/PdSick | | | | 24.00 | $882.00 |
| Persnl/PdSickLY | | | | 8.00 | $294.00 |
| **Memo Information** | | | $99.97 | | $4,536.94 |
| 401K ER Match | | | $14.27 | | $234.78 |
| 401K 5 Cents/Hr | | | $2.00 | | $31.38 |
| Retiree Plus | | | $10.20 | | $160.01 |
| HSA ER Contrbn | | | | | $3,000.00 |
| 401K ER Contrib | | | $73.50 | | $1,110.77 |
| **Pre-Tax Deductions** | | | $114.50 | | $1,857.93 |
| Health PT | | | $57.44 | | $919.04 |
| 401K Matched | | | $57.06 | | $938.89 |
| **Taxes** | | | $547.49 | | $8,989.34 |
| Fed W/H | | | $320.67 | | $5,254.48 |
| FICA EE | | | $114.37 | | $1,883.41 |
| Fed MWT EE | | | $26.74 | | $440.47 |
| PA W/H | | | $56.63 | | $932.62 |
| PA UT EE | | | $1.33 | | $21.91 |
| BethCityW/H-N | | | $26.75 | | $440.45 |
| BethCityLST-N | | | $1.00 | | $16.00 |
| **Post-Tax Deductions** | | | $47.79 | | $218.64 |
| UnionSF | | | $1.00 | | $4.00 |
| Union Dues | | | $44.50 | | $178.00 |
| Vol Accident In | | | $2.29 | | $36.64 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | $1,192.22 | | $20,230.63 |
| Direct Deposit | 031300012 | XXXXXX3241 | $1,192.22 | | |

# dayforce

# JUST BORN.

| | | | |
|---|---|---|---|
| Employee Name: | Jason Hepner | Pay Date: | 4/23/2026 |
| Employee #: | 301305 | Pay Period: | 4/13/2026 - 4/19/2026 |
| Employee Address: | 551 Donna Drive | Deposit Advice #: | 248712495 |
| | Bath, PA 18014 | Pay Frequency: | Weekly |
| Department: | Maintenance- Prod | Pay Rate: | 36.0000 |
| Job Title: | Mechanic A | Federal Filing Status: | Single |
| Site: | Bethlehem Operations | Federal 2c/Extra Withholding: | Yes |

| | | |
|---|---|---|
| Employer Name: | Just Born, Inc. | |
| Employer Phone: | 610-867-7568 | |
| Employer Address: | 1300 Stefko Blvd. | |
| | Bethlehem, PA 18017 | |

| | | Local Exemptions: | (Bethlehem) |
|---|---|---|---|
| | | State Filing Status: | (PA) |
| | | State Exemptions: | (PA) |

| | Current 4/13/2026 - 4/19/2026 | | | YTD As of 4/19/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | $880.91 | 671.20 | $29,394.54 |
| Regular | | | | 521.50 | $19,165.13 |
| Holiday | | | | 40.00 | $1,470.00 |
| Bonus | | | $880.91 | | $2,529.91 |
| Overtime | | | | 32.00 | $1,763.10 |
| Double Time | | | | 45.70 | $3,290.40 |
| Persnl/PdSick | | | | 24.00 | $882.00 |
| Persnl/PdSickLY | | | | 8.00 | $294.00 |
| **Memo Information** | | | -$6.61 | | $4,436.97 |
| 401K ER Match | | | $6.61 | | $220.51 |
| 401K 5 Cents/Hr | | | | | $29.38 |
| Retiree Plus | | | | | $149.81 |
| HSA ER Contrbn | | | | | $3,000.00 |
| 401K ER Contrib | | | | | $1,037.27 |
| **Pre-Tax Deductions** | | | $26.43 | | $1,743.43 |
| Health PT | | | | | $861.60 |
| 401K Matched | | | $26.43 | | $881.83 |
| **Taxes** | | | $295.81 | | $8,441.85 |
| Fed W/H | | | $187.99 | | $4,933.81 |
| FICA EE | | | $54.61 | | $1,769.04 |
| Fed MWT EE | | | $12.78 | | $413.73 |
| PA W/H | | | $27.04 | | $875.99 |
| PA UT EE | | | $0.62 | | $20.58 |
| BethCityW/H-N | | | $12.77 | | $413.70 |
| BethCityLST-N | | | | | $15.00 |
| **Post-Tax Deductions** | | | | | $170.85 |
| UnionSF | | | | | $3.00 |
| Union Dues | | | | | $133.50 |
| Vol Accident In | | | | | $34.35 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | $558.67 | | $19,038.41 |
| Direct Deposit | 031300012 | XXXXXX3241 | $558.67 | | |

# dayforce

# JUST BORN

| | |
|---|---|
| Employer Name: | Just Born, Inc. |
| Employer Phone: | 610-867-7568 |
| Employer Address: | 1300 Stefko Blvd. |
| | Bethlehem, PA 18017 |

| | | | |
|---|---|---|---|
| Employee Name: | Jason Hepner | Pay Date: | 4/16/2026 |
| Employee #: | 301305 | Pay Period: | 4/6/2026 - 4/12/2026 |
| Employee Address: | 551 Donna Drive | Deposit Advice #: | 245129885 |
| | Bath, PA 18014 | Pay Frequency: | Weekly |
| Department: | Maintenance- Prod | Pay Rate: | 36.0000 |
| Job Title: | Mechanic A | Federal Filing Status: | Single |
| Site: | Bethlehem Operations | Federal 2c/Extra Withholding: | Yes/$0.00 |
| | | Local Exemptions: | (Bethlehem) |
| | | State Filing Status: | (PA) |
| | | State Exemptions: | (PA) |

| | Current 4/6/2026 - 4/12/2026 | | | YTD As of 4/12/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 40.00 | | $1,470.00 | 671.20 | $28,513.63 |
| Regular | 32.00 | 36.7500 | $1,176.00 | 521.50 | $19,165.13 |
| Holiday | 8.00 | 36.7500 | $294.00 | 40.00 | $1,470.00 |
| Bonus | | | | | $1,649.00 |
| Overtime | | | | 32.00 | $1,763.10 |
| Double Time | | | | 45.70 | $3,290.40 |
| Persnl/PdSick | | | | 24.00 | $882.00 |
| Persnl/PdSickLY | | | | 8.00 | $294.00 |
| **Memo Information** | | | $96.73 | | $4,430.36 |
| 401K ER Match | | | $11.03 | | $213.90 |
| 401K 5 Cents/Hr | | | $2.00 | | $29.38 |
| Retiree Plus | | | $10.20 | | $149.81 |
| HSA ER Contrbn | | | | | $3,000.00 |
| 401K ER Contrib | | | $73.50 | | $1,037.27 |
| **Pre-Tax Deductions** | | | $101.54 | | $1,717.00 |
| Health PT | | | $57.44 | | $861.60 |
| 401K Matched | | | $44.10 | | $855.40 |
| **Taxes** | | | $394.04 | | $8,146.04 |
| Fed W/H | | | $220.10 | | $4,745.82 |
| FICA EE | | | $87.58 | | $1,714.43 |
| Fed MWT EE | | | $20.48 | | $400.95 |
| PA W/H | | | $43.37 | | $848.95 |
| PA UT EE | | | $1.03 | | $19.96 |
| BethCityW/H-N | | | $20.48 | | $400.93 |
| BethCityLST-N | | | $1.00 | | $15.00 |
| **Post-Tax Deductions** | | | $2.29 | | $170.85 |
| UnionSF | | | | | $3.00 |
| Union Dues | | | | | $133.50 |
| Vol Accident In | | | $2.29 | | $34.35 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | $972.13 | | $18,479.74 |
| Direct Deposit | 031300012 | XXXXXX3241 | $972.13 | | |

# dayforce

# JUST BORN.

| | |
|---|---|
| Employer Name: | Just Born, Inc. |
| Employer Phone: | 610-867-7568 |
| Employer Address: | 1300 Stefko Blvd. |
| | Bethlehem, PA 18017 |

| | |
|---|---|
| Employee Name: | Jason Hepner |
| Employee #: | 301305 |
| Employee Address: | 551 Donna Drive |
| | Bath, PA 18014 |
| Department: | Maintenance- Prod |
| Job Title: | Mechanic A |
| Site: | Bethlehem Operations |

| | |
|---|---|
| Pay Date: | 4/9/2026 |
| Pay Period: | 3/30/2026 - 4/5/2026 |
| Deposit Advice #: | 241015485 |
| Pay Frequency: | Weekly |
| Pay Rate: | 36.0000 |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | Yes/$0.00 |
| Local Exemptions: | (Bethlehem) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

| | Current 3/30/2026 - 4/5/2026 | | | YTD As of 4/5/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | 40.00 | | $1,470.00 | 631.20 | $27,043.63 |
| Regular | 32.00 | 36.7500 | $1,176.00 | 489.50 | $17,989.13 |
| Holiday | 8.00 | 36.7500 | $294.00 | 32.00 | $1,176.00 |
| Bonus | | | | | $1,649.00 |
| Overtime | | | | 32.00 | $1,763.10 |
| Double Time | | | | 45.70 | $3,290.40 |
| Persnl/PdSick | | | | 24.00 | $882.00 |
| Persnl/PdSickLY | | | | 8.00 | $294.00 |
| Memo Information | | | $96.73 | | $4,333.63 |
| 401K ER Match | | | $11.03 | | $202.87 |
| 401K 5 Cents/Hr | | | $2.00 | | $27.38 |
| Retiree Plus | | | $10.20 | | $139.61 |
| HSA ER Contrbn | | | | | $3,000.00 |
| 401K ER Contrib | | | $73.50 | | $963.77 |
| Pre-Tax Deductions | | | $101.54 | | $1,615.46 |
| Health PT | | | $57.44 | | $804.16 |
| 401K Matched | | | $44.10 | | $811.30 |
| Taxes | | | $394.04 | | $7,752.00 |
| Fed W/H | | | $220.10 | | $4,525.72 |
| FICA EE | | | $87.58 | | $1,626.85 |
| Fed MWT EE | | | $20.48 | | $380.47 |
| PA W/H | | | $43.37 | | $805.58 |
| PA UT EE | | | $1.03 | | $18.93 |
| BethCityW/H-N | | | $20.48 | | $380.45 |
| BethCityLST-N | | | $1.00 | | $14.00 |
| Post-Tax Deductions | | | $2.29 | | $168.56 |
| UnionSF | | | | | $3.00 |
| Union Dues | | | | | $133.50 |
| Vol Accident In | | | $2.29 | | $32.06 |

| Net Pay | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| Direct Deposit | 031300012 | XXXXXX3241 | $972.13 | | $17,507.61 |
| | | | $972.13 | | |

# dayforce