United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Jason Allen Hepner

    Debtor

Case No. 26-12002-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 20, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Jason Allen Hepner, 551 Donna Drive, Bath, PA 18014-8882

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

**Name**    **Email Address**

KEVIN K. KERCHER
    on behalf of Debtor Jason Allen Hepner kevin@kercherlaw.com  kevinkk@kercherlaw.com

MAGGIE S SOBOLESKI
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                            :
                                  :
   **JASON ALLEN HEPNER,**         :      **CHAPTER 13**
                                  :
           **Debtor**              :      **BKRTCY. NO. 26-12002 pmm**


**ORDER ON DEBTOR'S APPLICATION GRANTING ADDITIONAL TIME TO FILE
CHAPTER 13 SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS,
<u>CHAPTER 13 PLAN, AND ALL OTHER NECESSARY DOCUMENTS</u>**


   IT IS **ORDERED** that the Debtor herein shall have until

June 1, 2026, to file the Chapter 13 Schedules and all other

remaining documents.


_____
**PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE**