## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Jason Allen Hepner

              Debtor(s)

Lakeview Loan Servicing, LLC, its successors and/or assigns

              Movant

       vs.

Jason Allen Hepner

              Debtor(s)

Scott F. Waterman

              Trustee

CHAPTER 13

NO. 26-12002 PMM

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about June 29, 2026.

Dated: August 4, 2026

          Respectfully submitted,

          /s/Maggie Soboleski
          Maggie Soboleski, Esq.
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA  19106
          Phone: (215)-627-1322
          MSoboleski@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:Jason Allen Hepner

**Debtor(s)**

Lakeview Loan Servicing, LLC

**Movant**

vs.

Jason Allen Hepner

**Debtor(s)**

Scott F. Waterman

**Trustee**

**BK NO. 26-12002 PMM**

**Chapter 13**

**Related to Claim No. 6**

## CERTIFICATE OF SERVICE

I, Maggie Soboleski, certify that on 8/5/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 8/5/2026

**/s/ Maggie Soboleski**
Maggie Soboleski, Esquire
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Jason Allen Hepner<br>551 Donna Drive<br>Bath, PA 18014 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kevin K. Kercher Esq.<br>881 Third Street,<br>Suite #C-2<br>Whitehall, PA 18052 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |