Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jason Allen Hepner
551 Donna Drive
Bath, PA 18014

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-12002-PMM**

Petition Filed Date: 05/06/2026
341 Hearing Date: 06/09/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/12/2026 | $500.00 | | | | | | | |

**Total Receipts for the Period: $500.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $3,135.00 | $0.00 | $3,135.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $624.78 | $0.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 002 | Unsecured Creditors | $712.35 | $0.00 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $1,579.82 | $0.00 | $0.00 |
| 4 | FIRST COMMONWEALTH FCU<br>»» 004 | Secured Creditors | $16,980.41 | $0.00 | $0.00 |
| 5 | FIRST COMMONWEALTH FCU<br>»» 005 | Secured Creditors | $2,390.40 | $0.00 | $0.00 |
| 6 | LOANCARE SERVICING CENTER<br>»» 006 | Mortgage Arrears | $23,213.08 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-12002-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $500.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,500.00 |
| Paid to Trustee: | $38.50 | Total Plan Base: | $59,000.00 |
| Funds on Hand: | $461.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.