**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jason Allen Hepner<br>Debtor | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>Moving Party<br>vs. | NO. 26-12002 PMM |
| Jason Allen Hepner<br>Debtor | |
| Scott F. Waterman<br>Trustee | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 8th day of October, 2026 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

Patricia M. Mayer

Hon. Patricia M. Mayer
United States Bankruptcy Judge